# United States District Court

CENTRAL   DISTRICT OF   ILLINOIS

UNITED STATES OF AMERICA

v.

HANK McMASTERS

(Name and Address of Defendant)

**SEALED**

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- 3008-m

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about 11/12/04 until 1/14/05 in Sangamon county, in the Central District of Illinois defendant did:

execute a scheme and artifice to defraud a financial institution

in violation of Title 18 United States Code, Section 1344

I further state that I am a United States Postal Inspector and that this complaint is based on the following facts:
(Official Title)

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

s/ Tyler B. Mower
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 6, 2007   3pm                                    at Springfield, Illinois
Date                                                      City and State

Byron G. Cudmore
U.S. Magistrate Judge                    s/ Byron G. Cudmore

Name & Title of Judicial Officer         Signature of Judicial Officer

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF SANGAMON | ) |

### AFFIDAVIT

I, Tyler B. Mower, being duly sworn, depose and say:

1.  I am a Postal Inspector and have been employed with the United States Postal Inspection Service since March 2003. Prior to this I was a criminal investigator with the Iowa State Police from 1995 to 2003. My responsibilities include the investigation of crimes against the U.S. Postal Service and crimes furthered through the use of the U.S. Mail. My duties primarily involve investigations concerning mail theft, mail fraud, and identity theft.

2.  The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation; by review of reports and notes related to the case, my conversations with other law enforcement officials, and other physical evidence obtained during the investigation.

3.  The information in this affidavit is not an exhausting account of my knowledge of the events described, it is a true and accurate statement of the facts necessary to establish probable cause in the support of a criminal complaint and for the issuance of an arrest warrant.

4.  On 02/18/05 Inspector Tyler Mower was contacted by MBNA Bank Fraud Investigator Mark Youssi in relation to possible identity theft in the Springfield, Illinois area. Mr. Youssi advised MBNA had been contacted in regards to several of their credit card accounts being requested to add a secondary user and a change of address in the Springfield, Illinois area. Mr. Youssi advised two or three separate accounts from different parts of the country requested the same change of address to 3185 South Dirksen, Springfield, Illinois.

5.  Mr. Youssi advised the suspects were ~~utIllinoisizing~~ utilizing the names of Mark McMasters, Hank McMasters, John Anderson, as well as several other names. Mr. Youssi indicated the victims are from various cities throughout the United States and have all recently deceased.

6.  Inspector Mower and Secret Service Agent Scott Anderson contacted numerous credit card investigators and it became evident that the two names that were continually being added as secondary users were variations of the name ~~WIllinoisliam~~ William T. Herman and Hank McMasters.

7.  On 11/07/04, Mr. John Yanzo, age 33, of Middletown, CT passed away at Yale-New Haven Hospital in New Haven, CT. Mr. Yanzo was buried on 11/11/04 in

Seymour, Connecticut. Mr. Mark Youssi, MBNA American Bank, was contacted and indicated on or around 11/12/04, an individual representing himself to be Mr. John Yanzo called and added "Hank McMasters" as an authorized secondary user. Mr. Youssi advised a second MasterCard bearing #5490 9927 1487 3365 in the name of Hank McMasters was mailed to the Hampton Inn, 3185 South Dirksen Avenue, Springfield, Illinois 62704. Hampton Inn employees advised that an individual representing himself as Mr. Yanzo's cousin entered their hotel and picked up the package containing the above mentioned credit card. Hampton Inn employees had no further information on the identity of the individual. On 11/13/04, an individual entered U.S. Bank, 1702 Eastland Drive, Bloomington, Illinois 61704 and initiated a cash advance for $5000.00 with the MasterCard referenced above. Ms. Elizabeth Belt, U.S. Bank Corporate Security Investigator was contacted and advised at approximately 9:45A.M. on 11/13/04, an individual representing himself to be "Hank McMasters" entered their bank branch located in Bloomington, Illinois and withdrew $5,000.00 in cash off of Mr. Yanzo's account. Ms. Belt advised the receipt was signed "Hank McMasters" and the subject provided an address of 723 North Osborn, Springfield, Illinois 62702. Ms. Belt further advised the individual presented an Illinois driver's license of M25233675036, the driver's license of Hank McMasters. Ms. Belt released video stills and a copy of the receipt of the above transaction. The photos show an individual negotiating the above stated transaction. I compared the video pictures to the driver's license photo and Mr. Hank McMasters Illinois driver's license photo resembles that of the individual receiving the cash advance in the transaction noted above. A query of Illinois driver's license confirmed that M25233675036 is registered to Mr. Hank McMasters. It should be noted a query conducted indicated that Mr. Hank McMasters was currently living at 723 North Osborn, Springfield, Illinois.

8.   On 11/18/04, Mr. Sydney Adler, 9100 Fruitville Road, Sarasota, FL 34240, SS#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, DOB 04/21/26 passed away in Sarasota, Florida. On 11/23/04, Ms. Peggy Aradi, Fraud Investigator, Bank of America advised an individual purporting to be Mr. Sydney Alder, called and added Mr. Hank McMasters as a secondary user on Visa credit card account #4427 1030 2139 3813. Ms. Aradi advised the individual stated they wanted a second card, with Hank McMasters approved as a secondary user, to be sent to the Howard Johnson Inn and Suites, 1701 David Jones Parkway, Springfield, Illinois 62703. Ms. Aradi further advised on 11/24/04, two calls were made to Bank of America in reference to credit card #4427 1030 2139 3813. Ms. Aradi stated the individual was utilizing the phone number of 217/522-8356 (cell phone tower).

9.   On or about 11/26/04, an individual entered Main Street Bank and Trust, 202 East Ash Avenue in Decatur, Illinois and presented a Visa credit card (#4427 1030 2139 3813, the card of Sydney Alder) and withdrew $8000.00 in a cash advance. Mr. Robert Wallace, manager of Main Street Bank and Trust, advised the individual that signed for the withdrawal was H. McMasters, and presented an Illinois driver's license #M25233675036 (same driver's license of Hank McMasters as noted above). Mr. Wallace provided still video photos, VHS video, and original receipts of the above transaction. I compared the photos to the driver's license photo of McMasters and they appear to depict the same person.

10. On or about 11/26/04, an individual entered Soy Capital Bank and Trust Co., Decatur, Illinois 62526 and presented MasterCard #5410 6540 7360 0410 and withdrew $9000.00 in a cash advance. Ms. Sarah Girard, Head Teller, Soy Bank and Trust, advised the account was registered to a Mr. Sydney Adler of Sarasota, FL. Ms. Girard advised the individual signed for the withdrawal Hank R. McMasters and presented an Illinois driver's license #M25233675036 (driver's license of McMasters) to complete the transaction. Ms. Girard advised the individual further listed 723 N. Osborn, Springfield, Illinois 62702, 217/787-4433 as contact information. Ms. Girard provided still video photos and original receipts of the above transaction. Ms. Girard advised the Decatur Police Department was contacted and conducted a criminal search of Hank McMasters. Decatur Police Department advised that Hank McMasters registered address was 723 N. Osborn, Springfield, Illinois, with an Illinois DL of M25233675036. Decatur Police Department advised they presented a photo lineup containing Hank McMasters and he was identified by the teller at Soy Capital Bank as the individual withdrawing a $9,000.00 cash advance on 11/26/2004.

11. On 12/10/04, Mr. Orestes Eck, 12425 Jayson Lane Ct, Wichita, KS 67235, SS#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, DOB 04/08/28 died in Wichita, KS. Ms. Jennifer Morey (fraud investigator) indicated on 12/23/04, an individual purporting himself to be Mr. Orestes Eck called and completed an address and phone number change and added an additional user to Visa credit card #4193 1024 5261 0408. Ms. Morey advised the secondary user added was Richard McMasters and the new card was sent to 3180 South Dirksen Parkway, Springfield, Illinois. Ms. Morey advised the phone number captured requesting the above transaction was 217/523-1996 (Herman's home phone). Ms. Morey further indicated phone number 515-309-5768 (unknown) was also captured checking on the above account around the same time period.

12. On 12/31/04, an individual entered Bank of Jacksonville, 1701 W. Morton, Jacksonville, Illinois and presented the Capitol One Visa credit card (#4193 1024 5261 0408- same card noted in the previous paragraph). Mr. Lynn Bandy, Bank of Springfield, was contacted in reference to the above transaction. Mr. Bandy advised on 12/31/04, an individual entered the Bank of Jacksonville and made a cash withdrawal of $8,000.00. The individual signed for the withdrawal R. McMasters and presented an Illinois driver's license #M252333675036. Mr. Bandy further advised the subject presented an address of 723 North Osborn, Springfield, Illinois. Mr. Bandy indicated that the teller working this transaction noticed the subject entered a four door truck, Illinois registration tag of HERMNTR. Mr. Bandy released still video photos, VHS video, and original receipts of the above transaction. The above vehicle registration check with Illinois Secretary Of State came back to a Nancy Fahrenbocker, 3500 North Dirksen, Lot 109, Springfield, Illinois which is believed to be the mother of William Herman. I viewed the stilll video photos and they appear to depict Hank McMasters.

13. On 01/09/05, John F. Anderson, 1002 S. Yakima Ave, Tacoma, WA, SS#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, DOB 05/23/30 died in Tacoma, WA. On or about 01/13/05, an individual purporting himself to be Mr. Anderson called and completed an address and phone number change to MBNA America Bank Visa credit account #4264 2995 0082 0466.

Mr. Mark Youssi, MBNA America Bank Fraud Department, advised the new address and phone number were as follows: 3150 South Dirksen Parkway, Springfield, Illinois 62703. Mr. Youssi further advised the individual requested to add Hank McMasters as an authorized secondary user and changed the phone number to 217/691-7872 which is also a tracfone (prepaid cell phone) number.

14.   On 01/14/05, an individual entered Jacksonville Savings and Bank, 1211 W. Morton, Jacksonville, Illinois 62650 and made a cash withdrawal in the amount of $8000.00 on the above stated account. The individual signed H. McMasters and provided an address of 3105 South Dirksen, Springfield, Illinois as a contact address. Jacksonville Savings and Bank stated an Illinois driver's license of M25233675036 was used as primary identification. Jacksonville Savings and Bank released a VHS video and the original receipt of the above transaction. I reviewed the video and the person making the withdrawal appears to be Hank McMasters.

15.   All of the above listed banks were insured by the FDIC in November, 2004 through January, 2005.

FURTHER AFFIANT SAYETH NOT:

s/ Tyler B. Mower

TYLER B. MOWER
United States Postal Inspector

Subscribed and sworn to before me this 6th day of February, 2007.

s/ Byron G. Cudmore

BYRON G. CUDMORE
United States Magistrate Judge