AO 442 (Rev. 5/93) Warrant for Arrest

**E-FILED**
Tuesday, 27 February, 2007 03:58:07 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**
FEB 2 3 2007

**SEALED**

UNITED STATES OF AMERICA

v.

HANK McMasters

## WARRANT FOR ARREST

Case Number: 07-M-3008

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Hank McMasters__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

executing a scheme to defraud a financial institution;

in violation of Title 18 United States Code, Section 1344.

RECEIVED 2007 FEB -8 A 9:39 US MARSHALS SERVICE SPRINGFIELD, ILLINOIS

Byron G. Cudmore
Name of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

BAIL FIXED AT $ __(No Bond)__    by    Byron G. Cudmore
                                        Name of Judicial Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

February 6, 2007   at   Springfield, Illinois
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above named defendant at __Pawnee, IL__

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 02/08/07 | Tyler Mower | s/ Terry Holler |
| Date of Arrest | Title of Arresting Officer | |
| 02/20/07 | U.S.P.S. Inspector | |