E-FILED
Tuesday, 01 May, 2007  01:08:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | 07 - MJ- 3008 | |
| ) | | |
| HANK McMASTERS ) | | |
| ) | | |
| Defendant. ) | | |

**AFFIDAVIT OF COUNSEL**
**REGARDING AVAILABILITY OF DEFENDANT'S PENSION FUNDS**

I, Douglas J. Beevers, swear under penalty of perjury to the following facts:

1.  In order to investigate the defendant's eligibility for appointed counsel, I conducted a telephonic investigation regarding the pension and annuity funds which are held for Defendant Hank McMasters under the Boilermaker-Blacksmith National Pension Trust.

2. I spoke by telephone with Lynda Gibson who is a claims examiner in the pension department at the Boilermaker-Blacksmith National Pension Trust, 754 Minnesota Ave., Kansas City, KS 66101-2766.  She stated that Mr. McMasters is entitled to receive a pension when he is 65 years old, and there is no means of borrowing against the pension or withdrawing the pension prior to age 65.  He might eventually be eligible for a reduced early retirement at age 55.  She stated that the pension was a "defined benefit" plan in which all contributions are made by the employer, so there is no employee share to withdraw.  She stated that all Boilermaker-Blacksmith union members have the same type of pension.  She stated that any court order to pay funds would not be effective until Mr. McMasters reaches retirement eligibility age.

*United States v. Hank McMasters*
*07- MJ 3008*
*Affidavit of Counsel Regarding Pension Funds*
*Page 2*

3.  I spoke to Robert Rodriguez a claims examiner in the annuity department of

the  Boilermaker-Blacksmith National Pension Trust, 754 Minnesota Ave., Kansas City,

KS 66101-2766.  He stated that Mr. McMasters' annuity was not available for a loan for

any type of legal expenses nor to pay any court fines or judgments.  Loan's against the

pension funds are available for medical expenses, tax liens on the primary residence,

and funeral expenses.  The pension funds would be available for withdrawal only after

one year delay if Mr. McMasters terminated his employment with the union.

Signed this 1st of May 2007 under penalty of perjury.


By:  ___s/ Douglas J. Beevers_____
       Douglas J. Beevers
       Assistant Federal Defender
       600 East Adams Street, 2nd Floor
       Springfield, Illinois  62701
       Telephone: (217) 492-5070
       Fax: (217) 492-5077
       E-mail: douglas_beevers@fd.org

*United States v. Hank McMasters*
*07- MJ 3008*
*Affidavit of Counsel Regarding Pension Funds*
*Page 3*

<u>PROOF OF SERVICE</u>

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Greg Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701


By:   s/ Douglas J. Beevers
      Douglas J. Beevers
      Assistant Federal Defender
      600 East Adams Street, 2nd Floor
      Springfield, Illinois  62701
      Telephone: (217) 492-5070
      Fax: (217) 492-5077
      E-mail: douglas_beevers@fd.org