UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
MAY - 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 07-30045 |
| ) | Violation: 18 U.S.C. §1344 |
| HANK McMASTERS, ) | |
| Defendant. ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

From on or about November 12, 2004 until January 14, 2005, in the Central District of Illinois, the defendant,

**HANK McMASTERS,**

with the intent to defraud, did knowingly execute a scheme to defraud and obtain money and property by means of false and fraudulent pretenses, representations and promises, owned and under the control of the Jacksonville Savings Bank, a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18 United States Code, Section 1344.


s/ Gregory M. Gilmore     for
RODGER A. HEATON
UNITED STATES ATTORNEY

GMG