UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-CR-30045 |
| HANK McMASTERS, ) | |
| Defendant. ) | |

## MOTION TO SET FOR CHANGE OF PLEA

NOW COMES the Defendant HANK McMASTERS, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to set the case for a change of plea. In support thereof, defendant states as follows

1. Defendant has agreed to waive indictment and intends to plead guilty to the information at his arraignment, which is not yet scheduled;

2. Defendant has no objection to referral to a U.S. Magistrate Judge;

3. Defense counsel requests that the Court schedule the change of plea on a date other than May 22 - May 23, 2007 due to counsel's schedule at the Court of Appeals, and requests that the hearing not be set during the week of May 29, 2007 when defense counsel is out of state for a seminar. Defense counsel will be back in the office on Tuesday, June 5, 2007.

WHEREFORE, the defendant, HANK McMASTERS, prays that this Honorable Court set this matter for a change of plea.

    Respectfully submitted,

    RICHARD H. PARSONS,
    Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
    Douglas J. Beevers
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois  62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: douglas_beevers@fd.org

## PROOF OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Greg Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:   s/ Douglas J. Beevers
    Douglas J. Beevers
    Assistant Federal Defender
    600 East Adams Street, 2nd Floor
    Springfield, Illinois  62701
    Telephone: (217) 492-5070
    Fax: (217) 492-5077
    E-mail: douglas_beevers@fd.org