UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-CR-30045 |
| HANK McMASTERS, ) | |
| Defendant. ) | |

## MOTION TO CONTINUE THE CHANGE OF PLEA

NOW COMES the Defendant HANK McMASTERS, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to reset the change of plea set in this case for at least 30 minutes on the ground that the defense counsel needs to appear for a revocation hearing in the case of *United States v. Kenny Oliver*, 04-30049 at 2:30 p.m. on June 7, 2007.

WHEREFORE, the defendant, HANK McMASTERS, prays that this Honorable Court continue the hearing for approximately 30 minutes.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

      I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Greg Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

      By:   s/ Douglas J. Beevers
          Douglas J. Beevers
          Assistant Federal Defender
          600 East Adams Street, 2nd Floor
          Springfield, Illinois  62701
          Telephone: (217) 492-5070
          Fax: (217) 492-5077
          E-mail: douglas_beevers@fd.org