E-FILED
Thursday, 07 June, 2007 04:48:03 PM
Clerk, U.S. District Court, ILCD

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA
V.
HANK MCMASTERS

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-30045

I, _____Hank McMasters_____, the above named defendant, who is accused of

Bank Fraud

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____June 7, 2007_____ prosecution by indictment and consent that the pro-
                                       *Date*
ceeding may be by information rather than by indictment.

*Hank McMasters* (signature)
_____
*Defendant*

s/ Douglas Beevers
_____
*Counsel for Defendant*

Before
      s/ Byron G. Cudmore
      _____
      *Judicial Officer*

FILED
JUN - 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS