UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-CR-30045 |
| ) | |
| HANK McMASTERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant HANK McMASTERS, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to reset the sentencing hearing currently set in this case for Monday, October 29, 2007, at 1:30 p.m. for two weeks on the ground that the defendant had difficulties obtaining his financial records. All of his paperwork has now been turned in. The United States by AUSA Greg Gilmore has no objection to this motion, and U.S. Probation has no objection.

WHEREFORE, the defendant, HANK McMASTERS, prays that this Honorable Court continue the hearing for approximately 2 weeks.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

      I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Greg Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701


                                              By:   s/ Douglas J. Beevers
                                                   Douglas J. Beevers
                                                   Assistant Federal Defender
                                                   600 East Adams Street, 2nd Floor
                                                   Springfield, Illinois  62701
                                                 Telephone: (217) 492-5070
                                                 Fax: (217) 492-5077
                                                 E-mail: douglas_beevers@fd.org