UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-30045 |
| ) | |
| HANK McMASTERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO ADVANCE THE DATE FOR SELF SURRENDER**

NOW COMES the Defendant, HANK McMASTERS, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to advance the date set for self surrender to November 29, 2007 at 12:00 noon. As grounds for the motion, Defendant states the following:

(1) On the date of his sentencing hearing on November 20, 2007 this Court granted his request to self surrender, and set January 15, 2008 as the surrender date;

(2) The Bureau of Prisons has not designated the defendant;

(3) The Defendant's car was damaged in an accident and he was unable to complete the job assignment which was the purpose for self-surrender;

(4) The Defendant would like to start serving his sentence as soon as possible;

(5) The United States by AUSA Greg Gilmore has contacted but his position on the motion has not been verified. U.S. Probation by Eric Fox has no objection to the request.

Wherefore, the Defendant moves this Court to advance the date for self surrender to November 29, 2007 at 12:00 noon, and that he be ordered to surrender at the U.S. Marshals Office at 600 East Adams St., Springfield, IL.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Greg Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org