E-FILED
Thursday, 20 December, 2007 04:54:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 07-30045-001 |
| HANK MCMASTERS, ) | |
| Defendant, ) | |
| BOILERMAKERS NATIONAL ) ANNUITY/PENSION TRUST(S), ) | |
| Third Party Respondent. ) | |

## CITATION TO DISCOVER ASSETS THIRD PARTY

**To Third Party Respondent:** Boilermakers National Annuity/Pension Trust(s)
Attn: Ms. Pam Dumler, Administration
754 Minnesota Avenue
Kansas City, KS 66101-2762

**YOU ARE REQUIRED** to appear or file your answer to this citation on the form attached (or another appropriate answer) before MAGISTRATE JUDGE Byron G. Cudmore at the Federal Courthouse, 600 E. Monroe St., Springfield IL 62701, in the Magistrates Courtroom, on Thursday, January 24 ,2008 at 11:00 a.m., to be examined under oath to discover Assets or income not exempt from the enforcement of the judgment.

A Judgment against HANK MCMASTERS, whose SSN is xxx-xx-9543, was entered on November 27 2007, for $76,604.08 which remains unsatisfied.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or that may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOU MAY BE REQUESTED** to produce documents and/or records containing information concerning the property or income of the Judgment Debtor.

**WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

Note: Your written answer is sufficient for your appearance unless you receive an Order to personally appear in Court.

Dated at Springfield, Illinois, this 17th day of December, 2007.

/s/ John M. Waters
JOHN M. WATERS
Clerk, U.S. District Court

- 2 -

## CERTIFICATE OF ATTORNEY

I, James A. Lewis, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true:

1. Judgment was entered in the amount of $76,604.08 on November 27, 2007, in case #07-30045-001, in the United States District Court for the Central District of Illinois at Springfield.

2. The balance owing on the Judgment as of December 17, 2007 is $76,643.95 ($100.00 special assessment, $76,504.08 restitution, and $39.87 restitution interest accruing at the rate of 3.17%).

3. A copy of the Citation Notice to the Defendant is attached and will be mailed to Defendant within three days of notification of service.

s/ James A. Lewis

James A. Lewis, Bar No. 5470 (NC)
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450
Fax: 217/492-4580
Email: Jim.Lewis2@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CASE NO. 07-30054-001
)
HANK MCMASTERS, )
)
Defendant. )
)
BOILERMAKERS NATIONAL )
ANNUITY/PENSION TRUST(S), )
)
)
Third Party Respondent. )

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

BOILER MAKERS NATIONAL ANNUITY/PENSION TRUST(S), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held and the account number

A) __ Savings Account (amount withheld) $_____

B) __ Checking and/or Now Account (Amount withheld) $_____

C) __ Certificate of Deposit (Amount held) $_____

D) __ Money Market Account (Amount held) $_____

E) __ Boilermaker-Blacksmith National Pension Trust (value)$_____

F) __ Safety Deposit Box $_____

G) __ Individual Retirement Account (Amount withheld) $_____

H) __ Boilermakers National Annunity Trust (value)$_____

I) __ Accounts Closed on _____

J) __ Adverse Claimant: Name _____ Address _____

K) __ Wages, Salary, or commissions $_____

L) __ Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation; Sub-Total _____

Less right of offset for other loans _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

Respondent/Agent:        Date

Agent Name _____
Business Name _____
Address _____
_____
Phone _____
Fax _____

Note: The original of this Answer should be mailed to the Court 600 E. Monroe, Rm 151, Springfield, Il 62701, with copies mailed to Attorney for Plaintiff at 318 S. 6th St., Springfield, Il 62701, and Defendant, Hank McMasters, USM #15387-026, %Sangamon County Jail, #1 Sheriffs Plaza, Springfield IL 62701.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 07-30045-001 |
| ) | |
| HANK MCMASTERS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BOILERMAKERS NATIONAL ) | |
| ANNUITY/PENSION TRUST(S), ) | |
| ) | |
| Third Party Respondent. ) | |

## CITATION NOTICE TO DEFENDANT

Name of Case: UNITED STATES v. HANK MCMASTERS
Name and Address of Court: As cited above at: U.S. District Court Magistrate's Courtroom, 600 E. Monroe, Springfield IL 62701
Address of Judgment Debtor: USM Number 15387-026 %Sangamon County Jail, #1 Sheriff's Plaza, Springfield IL 62701

Name and Address of Attorney for Judgment Creditor:    James A. Lewis
Assistant United States Attorney
Financial Litigation Unit
318 S. 6th Street
Springfield, IL 62701
Telephone: 217/492-4450

Name and Address of Person Receiving Citation:    Boilermakers National Annuity/Pension Trust(s)
Attn: Ms. Pam Dumler, Administration
754 Minnesota Avenue
Kansas City, KS 66101-2762

**Court Date and Time: Thursday, January 24, 2008 at 11:00 a.m.**

Pursuant to Illinois Law, 735 Illinois Compiled Statutes, Section 5/2-1402(b), the following notice and summary of exemptions are provided to you:

**NOTICE**: The Court has issued a citation against the person named above. **The citation directs that person to appear in court or file an answer to the citation to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest**. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal criminal law to only certain property exempt from tax levy. 18 U.S.C. §3613(a)(1) & (f). **The JUDGMENT DEBTOR HAS THE RIGHT TO EXCLUDE FEDERAL TAX LEVY EXEMPTIONS (26 U.S.C. §6334) LISTED BELOW AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE :**

(1)    Wearing apparel and school books as are necessary for the tax payer or members of his family.
(2)    Fuel, provisions, furniture and personal effects not to exceed $6,250 in value.
(3)    Necessary books and tools of trade not to exceed in the aggregate $3,125 in value.
(4)    Unemployment benefits.
(5)    Undelivered mail.
(6)    Certain annuity and pension payments.
(7)    Workers compensation.
(8)    Judgments for the support of minor children.
(9)    Certain service connected disabilities.
(10)    Assistance under Job Training Partnership Act.

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.** The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 600 E. Monroe, Room 151, Springfield IL 62701.

This notice may be sent by regular first class mail.