IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-30045-001 |
| HANK MCMASTERS, | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Hank McMasters.

I certify that I am admitted to practice in this court.

Date:  February 13, 2008

/s/ Patrick James Smith
Patrick James Smith - 02650479
Delano Law Offices, LLC
1 Southeast Old State Capitol Plaza
Springfield, Illinois 62703
Telephone: 217-544-2703
Facsimile: 217-544-4664

CERTIFICATE OF SERVICE

The undersigned certifies that on February 13, 2008, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Gregory Gilmore, U.S. Attorney

and further certifies that he has mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

        /s/ Patrick James Smith