E-FILED
Wednesday, 13 February, 2008 04:58:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07-30045-001 |
| HANK MCMASTERS, | ) ) ) | |
| Defendant. | ) | |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Hank McMasters.

I certify that I am admitted to practice in this court.

Date:  February 13, 2008   
/s/ Jason Vincent  
Jason Vincent - 06278643
Delano Law Offices, LLC
1 Southeast Old State Capitol Plaza
Springfield, Illinois 62703
Telephone: 217-544-2703
Facsimile: 217-544-4664

CERTIFICATE OF SERVICE

The undersigned certifies that on February 13, 2008, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Gregory Gilmore, U.S. Attorney

and further certifies that he has mailed by United States Postal Service the document to the following non CM/ECF participants: N/A

    /s/ Jason Vincent