IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-30045-001 |
| | ) | |
| HANK MCMASTERS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| BOILERMAKERS NATIONAL | ) | |
| ANNUITY/PENSION TRUST(S), | ) | |
| | ) | |
| Third Party Respondent. | ) | |

**UNITED STATES' MOTION FOR TURNOVER ORDER**

The United States moves for entry of the attached Order, as explained in the accompanying Memorandum of Law, after defendant has been allowed seven days to notify the Clerk, United States District Court, 600 East Monroe Street, Springfield, IL 62701, if he wishes a hearing on this Motion.

                                                Respectfully submitted,
                                                RODGER A. HEATON
                                                United States Attorney

                                                s/ James A. Lewis
By: _____
                                                James A. Lewis, NC Bar No. 5470
                                                Attorney for Plaintiff
                                                United States Attorney's Office
                                                318 South Sixth Street
                                                Springfield, IL 62701
                                                Telephone: 217-492-4450
                                                Fax: 217-492-4888
                                                email: jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

    The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

>Delano Law Office
>1 SE Old State Capitol Plaza
>Springfield, IL 62701
>
>Hank McMasters
>Reg. No. 15387-026
>USP Leavenworth
>1300 Metropolitan Avenue
>Leavenworth, KS  66048
>
>Lauren M. Fletcher
>Blake & Uhlig, P.A.
>475 New Brotherhood Building
>753 State Avenue
>Kansas City, KS 66101
>
>Boilermakers National Annuity Trust
>Attn: Pam Dumler, Administration
>754 Minnesota Avenue
>Kansas City, KS 66101-2762

Date: May 5, 2008            s/ James A. Lewis
                                                      James A. Lewis

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-30045-001 |
| | ) |
| HANK MCMASTERS, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| BOILERMAKERS NATIONAL | ) |
| ANNUITY/PENSION TRUST(S), | ) |
| | ) |
| Third Party Respondent. | ) |

### ORDER

The United States has moved for a Turnover Order, the debtor-defendant has had an opportunity to respond to this Motion, and this Court has considered this Motion;

WHEREFORE IT IS ORDERED THAT Boilermaker-Blacksmith National Annuity Trust shall pay the cash surrender value of the debtor's interest in that Trust, minus any mandatory withholding of taxes required by the Internal Revenue Service, in the form of a certified check, a bank check or a company check, to the Clerk, United States District Court, Finance Department, 100 N.E. Monroe, Room 309, Peoria, IL 61602, with reference number of this case (07-30045-001) on the check, so that it will be applied toward the restitution balance in this case.

_____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE