E-FILED
Tuesday, 06 May, 2008 01:56:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2007-30045-001 |
| ) | |
| HANK MCMASTERS ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BOILERMAKERS NATIONAL ) | |
| ANNUITY/PENSION TRUST(S), ) | |
| ) | |
| Third Party Respondent. ) | |

## MOTION TO WITHDRAW

COMES NOW DELANO LAW OFFICES, LLC and respectfully requests leave of Court to withdraw as attorney of record for the Defendant, HANK MCMASTERS, and in support thereof sets forth the following:

1. That the Defendant has instructed the DELANO LAW OFFICES, LLC that he desires for his attorneys, Patrick James Smith and Jason Vincent to withdraw their appearance as his counsel in the above captioned matter.

2. A signed consent by the Defendant for Patrick James Smith and Jason Vincent to withdraw their appearance as his counsel is attached hereto as "Exhibit A."

3. That the U.S. Attorney's Office through Assistant U.S. Attorney James A. Lewis has no objection to the withdrawal of the DELANO LAW OFFICES, LLC as attorney of record for the Defendant.

4. DELANO LAW OFFICES, LLC's withdrawal will not prejudice Defendant or unnecessarily delay these proceedings.

5. The Defendant's last known address is:

> Hank McMasters
> Reg. No. 15387-026
> USP Leavenworth
> 1300 Metropolitan Avenue
> Leavenworth, KS 66048

WHEREFORE, PREMISES CONSIDERED, DELANO LAW OFFICES, LLC respectfully requests leave of this Honorable Court to withdraw as attorney for the Defendant, HANK MCMASTERS.

Date: May 6, 2008

/s/ Jason Vincent
Jason Vincent - 06278643
Delano Law Offices, LLC
1 Southeast Old State Capitol Plaza
Springfield, IL 62703
Telephone: 217-544-2703
Facsimile: 217-544-4664

CERTIFICATE OF SERVICE

The under signed certifies that on May 6, 2008, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Gregory Gilmore, U.S. Attorney

>James A. Lewis, U.S. Attorney

and further certifies that he has mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Hank McMasters
>Reg. No. 15387-026
>USP Leavenworth
>1300 Metropolitan Avenue
>Leavenworth, KS 66048

>Boilermakers National Annuity Trust
>Attn: Pam Dumler, Administration
>754 Minnesota Avenue
>Kansas City, KS 66101-2762

>Lauren M. Fletcher
>Blake & Uhlig, P.A.
>475 New Brotherhood Building
>753 State Avenue
>Kansas City, KS 66101-2762

>>s/ Jason Vincent

E-FILED
Tuesday, 06 May, 2008  01:56:43 PM
Clerk, U.S. District Court, ILCD

# Exhibit A

I, Hank McMasters hereby consent to Patrick James Smith and Jason Vincent of the DELANO LAW OFFICES, LLC withdrawing their appearance as my counsel in case number 2007-30045-001.

4.9.08
Date

*Hank McMasters* (signature)
Hank McMasters

E-FILED
Tuesday, 06 May, 2008  01:57:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2007-30045-001 |
| ) | |
| HANK MCMASTERS ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BOILERMAKERS NATIONAL ) | |
| ANNUITY/PENSION TRUST(S), ) | |
| ) | |
| Third Party Respondent. ) | |

## ORDER

The DELANO LAW OFFICES, LLC has requested leave to withdraw as attorney of record for the Defendant, HANK MCMASTERS, the United States has no objection, and this Court has considered this Motion:

WHEREFORE IT IS ORDERED that Patrick James Smith and Jason Vincent of the DELANO LAW OFFICES, LLC are granted leave to and are withdrawn as the Attorneys of Record for the Defendant, HANK MCMASTERS.

Entered:_____            _____
                                                JUDGE