# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-30045 |
| | ) | |
| HANK MCMASTERS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| BOILERMAKERS NATIONAL | ) | |
| ANNUITY/PENSION TRUST(S), | ) | |
| | ) | |
| Third Party Respondent. | ) | |

## ORDER

JEANNE E. SCOTT, U.S. District Court:

The United States has moved for a Turnover Order, the Debtor-defendant has had an opportunity to respond to this Motion, and this Court has considered this Motion;

WHEREFORE IT IS ORDERED THAT Boilermaker-Blacksmith National Annuity Trust shall pay the cash surrender value of the Debtor's interest in that Trust, minus any mandatory withholding of taxes required by the Internal Revenue Service, in the form of a certified check, a bank

1

check or a company check, to the Clerk, United States District Court, Finance Department, 100 N.E. Monroe, Room 309, Peoria, IL 61602, with reference number of this case (07-30045-001) on the check, so that it will be applied toward the restitution balance in this case.

IT IS THEREFORE SO ORDERED.

ENTER:   May 9, 2008

    FOR THE COURT:

                                                  s/ Jeanne E. Scott
                                                  JEANNE E. SCOTT
                                                  UNITED STATES DISTRICT JUDGE